UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Augustinowicz, et al</u>

        v.        Case No. 10-cv-564-PB

<u>Marianne Nevelson, et al</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 19, 2011.

SO ORDERED.

October 11, 2011        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

cc:    Joseph Augustinowcz, Pro Se
        Jan Augustinowcz, Pro Se
        Daniel Mullen, Esq.
        Charle Bauer, Esq.
        Adele Fulton, Esq.
        Erik Graham Moskowitz, Esq.